## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES:   Change of Plea

USA v   VICTOR JAMES RAY                               Date:   03/02/20

Case No.  CR-2-19-196                        Time  2:21 p.m.   To 2:46 p.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

| Jerry Fabus | Wayne Taylor |
|---|---|
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Defendant(s) Sworn

Court questions defendant(s) regarding physical and mental conditions and advises defendant of nature and possible consequences of plea

Indictment/reading waived

Motion of deft to change plea

Plea of Guilty to Count(s) **1** - Accepted

Plea Agreement filed on **02/07/20 [Doc. 184]**

Remaining Counts to be dismissed at time of sentencing

PSI report requested

Defendant to remain on present bond

Remanded to custody of USM

Plea Agreement Taken Under Advisement


**SENTENCING DATE:**  June 22, 2020 @ 1:30 p.m.        Before Honorable J. Ronnie Greer